IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

LONNIE RICHARD DANIEL,

    Movant,

v.                                                    CIVIL ACTION NO. 3:05-878
                                                      (Criminal action  No. 3:97-00073-02)

UNITED STATES OF AMERICA

    Respondent.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court dismiss Movant's Motion for Modification of Sentence under 18 U.S.C. § 3582(c)(2) pursuant to Amendment 668 filed on October 28, 2005 (Document #185), and remove this matter from the Court's docket.  Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** Movant's Motion for Modification of Sentence under 18 U.S.C. § 3582(c)(2) pursuant to Amendment 668 filed on October 28, 2005 (Document #185), and removes this matter from the Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

        ENTER:       September 14, 2010

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE